**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Bruce D Washington**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8374<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–14739–RG | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Bruce D Washington

6/15/18

**By the court:**   Rosemary Gambardella
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-14739-RG
Bruce D Washington                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: Jun 15, 2018
                            Form ID: 318             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2018.
```
db          +Bruce D Washington,   138 Montgomery Ave.,   Irvington, NJ 07111-4321
cr          +JPMORGAN CHASE BANK, N.A.,   c/o Winston & Winston, P.C.,   750 Third Avenue, Suite 923,
              New York, NY 10017-2703
517381180   +Chase/Enterprise Auto Finance,   POB 78069,   Phoenix, AZ 85062-8069
517381182   +Discover,   PO Box 15316,   Wilmington, DE 19886-5316
517381184   +Endigo,   POB 205458,   Dallas, TX 75320-5458
517381185   +First Bank Card/Investors,   POB 2557,   Omaha, NE 68103-2557
517381187   +Home Depot,   POB 9001010,   Louisville, KY 40290-1010
517381188   +Macy,   POB 9001094,   Louisville, KY 40290-1094
517381190   +Mr. Cooper,   POB 60516,   City of Industry, CA 91716-0516
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 15 2018 22:58:17     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 15 2018 22:58:15     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr          +EDI: RMSC.COM Jun 16 2018 02:48:00     Synchrony Bank, c/o PRA Recievables Management, LL,
              POB 41021,   Norfolk, VA 23541-1021
517381177   +EDI: RMSC.COM Jun 16 2018 02:48:00     BP OIL,   POB 965023,   Orlando, FL 32896-5023
517381178   +EDI: CAPITALONE.COM Jun 16 2018 02:48:00     Capital One Bank,   POB 30285,
              Salt Lake City, UT 84130-0285
517381179   +EDI: CAPITALONE.COM Jun 16 2018 02:48:00     Capitol One Bank,   POB 30285,
              Salt Lake City, UT 84130-0285
517381181   +EDI: RCSFNBMARIN.COM Jun 16 2018 02:48:00     Credit One Bank,   POB 98873,
              Las Vegas, NV 89193-8873
517381183   +EDI: DISCOVER.COM Jun 16 2018 02:48:00     Discover,   POB 30396,
              Salt Lake City, UT 84130-0396
517381186   +EDI: AMINFOFP.COM Jun 16 2018 02:48:00     First Premier Bank,   POB 5524,
              Sioux Falls, SD 57117-5524
517381189   +EDI: RMSC.COM Jun 16 2018 02:48:00     Midas Synchrony Care Card,   POB 965061,
              Orlando, FL 32896-5061
517383706   +EDI: RMSC.COM Jun 16 2018 02:48:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
              PO Box 41021,   Norfolk, VA 23541-1021
517381191   +EDI: RMSC.COM Jun 16 2018 02:48:00     Walmart,   POB 960024,   Orlando, FL 32896-0024
                                                                                             TOTAL: 12
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2018 at the address(es) listed below:
```
              Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               alex@winstonandwinston.com
              Nancy Isaacson    nisaacson@greenbaumlaw.com,    isaacson@remote7solutions.com;J101@ecfcbis.com
              Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William L. Pegg, Jr.    on behalf of Debtor Bruce D Washington williamlpeggjr@gmail.com,
               williamlpeggjr@gmail.com
                                                                                             TOTAL: 5
```